KLEIN, Plaintiff and Respondent, vs. JOSEPH M. BOYD
· COMPANY, Defendant, KARN and others, Garnishees,
Appellants.[1]

*April 8—May 10, 1932.*

For the appellants there was a brief by *Bagley, Spohn, Ross & Stevens* of Madison, and oral argument by *William H. Spohn.*

For the respondent there was a brief by *Wegener & Roick* of Madison, and oral argument by *James H. Wegener.*

NELSON, J.   This action is ruled by *Pobreslo v. Joseph M. Boyd Co., ante,* p. 20, 242 N. W. 725.

*By the Court.*—Judgment reversed, with directions to set aside the judgment herein and to dismiss the garnishee action.

---

[1] See foot-note, *ante,* p. 20.